| | |
|---|---|
| Maria A. Milano, WSBA#29499<br>David P. Papiez, WSBA#54186<br>Fox Rothschild LLP<br>1001 4th Avenue, Suite 4400<br>Seattle, WA 98154<br>206.624.3600 | Honorable Timothy W. Dore<br>Chapter 7 |

UNITED STATES BAKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: WIRELESS ADVOCATES, LLC,<br><br>Debtor. | Case No. 23-10117-TWD |
| VIRGINIA BURDETTE Trustee of the Bankruptcy Estate of Wireless Advocates, LLC<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTPOINT NORTH AMERICA, L.P.<br><br>Defendant. | Adv. Proc. No. 25-01026-TWD<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

NOW COMES, Plaintiff Virginia Burdette, Chapter 7 Trustee, by and through its counsel and Defendant, CEVA Contract Logistics U.S., Inc., fka CEVA Logistics U.S., Inc., successor by merger to Brightpoint North America, L.P., by and through its counsel and stipulate to extend the time for Defendant to answer or otherwise respond to the Complaint until and through April 28, 2025 and respectfully request this Court enter the Order attached hereto as **Exhibit A**.

STIPULATION TO EXEND TIME - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

170071858.1
170071858.2

Case 25-01026-TWD    Doc 4    Filed 03/28/25    Ent. 03/28/25 09:44:20    Pg. 1 of 2

| | |
|---|---|
| **AGREED:** | |
| **K&L GATES LLP** | **FOX ROTHSCHILD LLP** |
| */s/ Michael W. Meredith (with consent)*<br>Michael J. Gearin, WSBA #20982<br>Brian T. Peterson, WSBA #42088<br>Michael W. Meredith, WSBA #45264<br>Attorneys for Plaintiff<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580<br>michael.gearin@klgates.com<br>brian.peterson@klgates.com<br>michael.meredith@klgates.com | */s/ Maria A. Milano*<br>Maria A. Milano, WSBA #29499<br>David P. Papiez, WSBA, #54186<br>Attorney for Defendant<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Tel: (206) 389-1752<br>Fax: (206) 389-1708<br>mamilano@foxrothschild.com<br>dpapiez@foxrothschild.com |
| Dated: March 28, 2025 | Dated: March 28, 2025 |

STIPULATION TO EXTEND TIME - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

170071858.1
170071858.2