Entered on Docket April 2, 2025

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BAKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: WIRELESS ADVOCATES, LLC, <br><br> Debtor. | Case No. 23-10117-TWD |
| VIRGINIA BURDETTE Trustee of the Bankruptcy Estate of Wireless Advocates, LLC <br><br> Plaintiff, <br><br> v. <br><br> BRIGHTPOINT NORTH AMERICA, L.P. <br><br> Defendant. | Adv. Proc. No. 25-01026-TWD <br><br> [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

THIS MATTER came before the Court upon Stipulation to Extend Time for Defendant to Answer to Complaint between Plaintiff Virginia Burdette, Chapter 7 Trustee, and Defendant CEVA Contract Logistics U.S., Inc., fka CEVA Logistics U.S., Inc., successor by merger to Brightpoint North America, L.P.("CEVA"), consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause for entry of this Order.

ORDER EXENDING TIME - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

170074215.1
170074215.2

NOW, THEREFORE, IT IS HEREBY ORDERED that CEVA has until and through April 28, 2025 to file an answer or otherwise respond to the Complaint (ECF No. 1) in the above-captioned adversary proceeding.

///END OF ORDER///

Presented by:

| **K&L GATES LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Michael W. Meredith (with consent)* <br> Michael J. Gearin, WSBA #20982 <br> Brian T. Peterson, WSBA #42088 <br> Michael W. Meredith, WSBA #45264 <br> Attorneys for Plaintiff <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, WA 98104 <br> (206) 623-7580 <br> michael.gearin@klgates.com <br> brian.peterson@klgates.com <br> michael.meredith@klgates.com | */s/ Maria A. Milano* <br> Maria A. Milano, WSBA #29499 <br> David P. Papiez, WSBA, #54186 <br> Attorney for Defendant <br> 1001 Fourth Avenue, Suite 4400 <br> Seattle, WA 98154 <br> Tel: (206) 389-1752 <br> Fax: (206) 389-1708 <br> mamilano@foxrothschild.com <br> dpapiez@foxrothschild.com |

ORDER EXTENDING TIME
- 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

170074215.1
170074215.2

Case 25-01026-TWD    Doc 9    Filed 04/02/25    Ent. 04/02/25 09:53:30    Pg. 2 of 2